which should be reduced to five per cent upon the recovery, and the appeal taken by the banks and the assignee dismissed, without costs. Opinion by Barrett, J.

David Welsh, Respondent, v. The Old Dominion Mining and Railway Company, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event. Opinion by Barrett, J.

Rosetta M. Kearney, Appellant, v. Charles E. Fleming and others, Respondents.— On stipulation mentioned in opinion being given, the judgment will be modified accordingly, without costs of this appeal to either party, and without varying the costs and allowances awarded at Special Term. Otherwise a new trial is ordered, costs to the appellant to abide the event. Opinion by Barrett, J.

The People of the State of New York *ex rel.* Alexander Hicinbotham v. Henry D Purroy and others.— Writ dismissed, without costs. Opinion by Van Brunt, P. J.

**Decisions handed down May 23, 1890.**

Charles F. Hubbard and others v. John Hay, Jr., and others.— Motion granted upon appellants paying ten dollars term fees and ten dollars costs of motion and stipulating to serve case in thirty days and to argue appeal in October.

In the Matter of James Armstrong and others.— Appeal dismissed for want of findings.

George F. Vietor and others, Respondents, v. Moritz Bauer, Appellant.— Judgment reversed and a new trial ordered, with costs to appellant to abide event. Opinion by Brady, J.; dissenting opinion by Van Brunt, P. J.

The Oregon Pacific Railroad Company, Appellant, v. George J. Forrest and others, Executors, etc., Respondents. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Fannie Higgins and others, Appellants, v. Union Trust Company and others, Respondents.— Judgment modified by striking therefrom the words "on the merits," and as thus modified affirmed, with costs to the respondents. Opinion by Van Brunt, P. J.

Ann Farmer, as Administratrix, etc., Respondent, v. The Emigrant Industrial Savings Bank, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and Barrett, J.

Gustav Amberg. Appellant, v. William Kramer and others, Respondents. — Order affirmed, without costs. Opinion by Van Brunt, P. J.

In the Matter of Balthazer Albrecht, Deceased. — Decree of surrogate affirmed, with costs. Opinion by Van Brunt, P. J.

George Darker v. John M. Beck. — Judgment for plaintiff for a specific performance, and for costs and an extra allowance of $250. Opinion by Van Brunt, P. J.

The People of the State of New York *ex rel.* Patrick McCormack, Appellant, v. Stephen B. French and others, Respondents. — Proceedings affirmed. Opinion by Barrett, J.

In the Matter of the Petition of Margaret Gibbons, etc.—Order affirmed, with costs. Opinion by Barrett, J.

Walter Junge, Respondent, v. John Haug, Appellant. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.